[No. 15549-4-II. Division Two. December 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. TOBY RAY ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-1-00294-8, Don L. McCulloch, J., entered November 21, 1991. *Affirmed* by unpublished opinion per

Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Houghton, J.